Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| Ryan Douglas Corbin | ) Chapter 13 <br> ) <br> ) Case No.: 8:12-bk-23127-CB <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **302433** in the sum of **$1,998.90** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

    Ryan Douglas Corbin
    1200 Ocean Ave, Unit #1
    Seal Beach, CA 90740

Date: September 19, 2016            __/S/_____
                                    Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|---|
| 1223127 | Ryan Douglas Corbin<br>ACCT: | | Claim: 00000 | XXX-XX-0399 | 1,998.90 | 0.00 | 1,998.90 |
| | | TOTALS | | | 1,998.90 | 0.00 | 1,998.90 |

Ryan Douglas Corbin

BALANCE:      [0.00 104/00000]
SSN: XXX-XX-0399    SSN:
ACCT:      CASE: 1223127
PRINCIPAL:    1,998.90    INTEREST:    0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79 / 611

0302433

Sep 12, 2016

VOID 90 DAYS FROM DATE

*****$1,998.90

PAY One Thousand Nine Hundred Ninety Eight And 90 / 100 Dollars

TO THE ORDER OF    U.S. BANKRUTCY COURT FISCAL DEPT.
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0302433⑈ ⑆061100790⑆ 000000575186 2⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.